# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**CHRIS WEST, ET AL.,**
*Plaintiff*

V.    Civil Action No. **5:16−CV−01205−FB**

**BRET LEE GARDNER, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **Bret Lee Gardner**
      **144 Landa St., Apt 854**
      **New Braunfels, TX 78130**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

| | |
|---|---|
| **Erik A. Knockaert**<br>**Schreiber Knockaert,PLLC**<br>**701 N. Post Oak, Suite 325**<br>**Houston, TX 77024** | **Joseph Michael Schreiber**<br>**Schreiber Knockaert, PLLC**<br>**701 North Post Oak**<br>**Ste 325**<br>**Houston, TX 77024** |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AMY E. JACKSON**
DEPUTY CLERK

**ISSUED ON 2016−11−29 10:20:16**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16–CV–01205–FB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐  I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                         _____
                                                                *Server's signature*

                                                                _____
                                                                *Printed name and title*

                                                                _____
                                                                *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____