# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**CHRIS WEST, ET AL.,**
*Plaintiff*

V.   Civil Action No. **5:16−CV−01205−FB**

**BRET LEE GARDNER, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **AutomoDeals, Inc**
     **110 East Houston**
     **San Antonio, Texas 78205**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

| | |
|---|---|
| **Erik A. Knockaert**<br>**Schreiber Knockaert,PLLC**<br>**701 N. Post Oak, Suite 325**<br>**Houston, TX 77024** | **Joseph Michael Schreiber**<br>**Schreiber Knockaert, PLLC**<br>**701 North Post Oak**<br>**Ste 325**<br>**Houston, TX 77024** |

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AMY E. JACKSON**
DEPUTY CLERK

**ISSUED ON 2016−11−29 10:21:42**

Civil Action No. 5:16–CV–01205–FB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

 This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____        _____
                            *Server's signature*

                       _____
                            *Printed name and title*

                       _____
                            *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____